UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANAYENCI VILLA REYES, on behalf of herself,
individually, and all other persons similarly situated,

                        Plaintiff,

                -against-

INTEGRATED MAINTENANCE SOLUTIONS INC.
d/b/a MAINTENANCE MANAGEMENT SERVICES
CO., PAUL IACUONE, TERESA IACUONE and
WALTER ARTIBANI,

                        Defendants.
------------------------------------------------------------------X

Docket No.: 24-cv-06886 (CS)

**[PROPOSED]**
**JUDGMENT**

      WHEREAS on May 13, 2025, Defendant Integrated Maintenance Solutions Inc. d/b/a Maintenance Management Services Co. served on Plaintiff Anayenci Villa Reyes an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Six Hundred Dollars and Zero Cents ($600.00), inclusive of Plaintiff's reasonable attorneys' fees and costs incurred to the date of this offer, in complete satisfaction of Plaintiff's Fair Labor Standards Act claim only as against Integrated Maintenance Solutions Inc. d/b/a Maintenance Management Services Co., Paul Iacuone and Teresa Iacuone (i.e., Plaintiff's First Claim for Relief only), and whereas the offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure does not include any release of Plaintiff's Second through Ninth Claims for Relief, and whereas said Plaintiff accepted said offer on or about May 14, 2025;

      WHEREAS on May 27, 2025, Plaintiff filed a Stipulation Of Dismissal Without Prejudice with respect to Plaintiff's Second through Ninth Claims for Relief, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. No. 27);

JUDGMENT shall be entered in favor of said Plaintiff against said Defendant Integrated Maintenance Solutions Inc. d/b/a Maintenance Management Services Co. in the amount of Six Hundred Dollars and Zero Cents ($600.00).

The Clerk of the Court is directed to terminate all pending motions, adjourn all deadlines, and close the case.

SO ORDERED, on the ___ day of _____, 2025, White Plains, New York.

_____
Honorable Cathy Seibel, U.S.D.J.